```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0721
     Facsimile:  (213) 894-0141
     E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
12/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HASSAN ABDIBARIK ALI,<br>  aka "Top5,"<br><br>  A Fugitive from the<br>  Government of Canada. | No. 2:21-CV-09554-JFW-KS<br><br>[~~Proposed~~] <u>CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT</u> |

    The Court has received the Complaint presented on October 5, 2021, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of Canada, for the extradition of HASSAN ABDIBARIK ALI, also known as "Top5" ("HASSAN ALI").  The Court has also received an affidavit executed by HASSAN ALI and witnessed by his attorney.

    On December 21, 2021, HASSAN ALI appeared before the Court in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States Attorney.  The Court addressed HASSAN ALI and is satisfied that he is aware of his rights as set

1 forth in the affidavit of consent to extradition and that the
2 affidavit was executed knowingly and voluntarily.
3     Inasmuch as HASSAN ALI has conceded that he is extraditable on
4 the offenses that were referred to this Court for consideration, and
5 has consented to a certification by this Court to that effect, and to
6 be transported in custody, as soon as possible, to Canada, the Court
7 finds on the basis of the record herein and the representations of
8 HASSAN ALI and counsel that:
9     1.   This Court has jurisdiction over, and the undersigned is
10 authorized to conduct, extradition proceedings pursuant to 18 U.S.C.
11 § 3184;
12     2.   This Court has personal jurisdiction over HASSAN ALI and
13 subject matter jurisdiction over this case;
14     3.   The extradition treaty between the United States and the
15 Government of Canada entered into force on March 22, 1976, and the
16 two protocols amending the extradition treaty entered into force on
17 November 26, 1991, and April 30, 2003, and were in full force and
18 effect at all times relevant to this action;[1]
19     4.   The HASSAN ALI sought by Canadian authorities and the
20 HASSAN ALI arrested in this District with a view toward extradition
21 and brought before this Court are one and the same person;
22     5.   HASSAN ALI has been charged in Canada with the following
23 crimes that have been referred to this Court for consideration:
24

---

[1] See Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983 (the "1971 Treaty"); Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990) (the "1988 Protocol"); and Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002) (the "2001 Protocol"; collectively, "the Treaty").

      a. First Degree Murder, in violation of Section 235(1) of the Criminal Code of Canada;

      b. Unauthorized Possession of a Firearm in a Motor Vehicle, in violation of Section 94(1) of the Criminal Code of Canada;

      c. Three counts of Possession of a Schedule I Substance for the purpose of Trafficking, in violation of Section 5(2) of the Controlled Drugs and Substances Act of Canada; and

      d. Three counts of Fail to Comply with Release Order, in violation of Section 145(5)(a) of the Criminal Code of Canada.

6. The Treaty, pursuant to Article 2, encompasses these offenses with which HASSAN ALI has been charged and that were referred to this Court for consideration;

7. Canada seeks the extradition of HASSAN ALI so that he may stand trial; and

8. HASSAN ALI has stipulated that there is probable cause to believe that he committed the offenses that were referred to this Court for consideration.

Based on the foregoing, the Court concludes that HASSAN ALI is extraditable for the offenses that were referred to this Court for consideration and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs,

Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

    IT IS FURTHER ORDERED that HASSAN ALI be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State pursuant to 18 U.S.C. § 3186.

    IT IS SO ORDERED.

December 21, 2021
DATE

HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney